# EXHIBIT 7

**CASE NO. 21-CI-000138**

**JEFFERSON CIRCUIT COURT**
**DIVISION TWO**
**JUDGE ANNIE O'CONNELL**

**DEBORAH OLDSON** **PLAINTIFF**

**V.**

**EXTENDED STAY AMERICA, INC., et al.** **DEFENDANTS**

**ORDER GRANTING DEFENDANTS' MOTION TO DEEM MATTERS ADMITTED**

This matter having come before the Court on Defendants Extended Stay America, Inc., BRE/Homestead Portfolio, LLC, ESH/Homestead Portfolio, LLC, and ESA P Portfolio, LLC's Motion to Deem Matters Admitted, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED:

Defendants' Requests for Admissions to Plaintiffs are deemed admitted pursuant to CR 36.01(2).

SO ORDERED this 10th day of May, 2021.

Annie O'Connell
HON. ANNIE O'CONNELL
Jefferson Circuit Court

Clerk's Distribution:

[ ] Joseph T. Pepper, 4965 US Highway 42, Suite 1000, Louisville, KY 40222

[ ] Craig M. Schneider, 2333 Alexandria Drive, Lexington, KY 40504

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
MAY 10 2021
BY ED
DEPUTY CLERK

TD : 000001 of 000001

4841-3688-3427.1